UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY S. KOCH,<br><br>        Plaintiff,<br><br>    v.<br><br>VICTOR A. AUSTIN, et al.,<br><br>        Defendants. | CV F- 03-5021 AWI DLB P<br><br>ORDER RE PLAINTIFF'S MOTION TO COMPEL<br>(DOC 96) |

Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

On January 31, 2005, plaintiff filed a motion to compel discovery of defendant Austin's personnel records regarding an ISU investigation into the issues of this case. Defendants filed an opposition to the motion on February 15, 2005 and plaintiff filed a reply on March 4, 2005. On March 15, 2005, this Court ordered the parties to file supplemental briefing regarding the motion to compel.

In Defendant Austin's supplemental brief, he requests that the Court conduct an *in camera* review of the documents responsive to plaintiff's request which have been included on a privilege log. In response, plaintiff has provided the Court with a list of the documents on the privilege log of which he seeks production.

Based on the foregoing, Defendant Austin is HEREBY ORDERED to produce the following

documents to the Court for *in camera* review*:*

1. October 22, 2003 Memorandum re: Results of Skelly Meeting (Privilege Log of Victor A. Austin, Log #2 , Bates No. 000001);

2. October 27, 2003 Notice of Adverse Action (Privilege Log of Victor A. Austin, Log #3, Bates Nos. 000003-000005);

3. August 20, 2003 Category I Investigation - Log #I-CCI-004-03 (Privilege Log of Victor A. Austin, Log #4, Bates Nos. 000006 - 0000012);

4. January 29, 2003 Internal Affairs Investigation Request - Log #I-CCI-004-03 (Privilege Log of Victor A. Austin, Log #5, Bates Nos. 000013 - 000014);

5. August 20, 2003 Advisement of Rights - Administrative Inquiry (Privilege Log of Victor A. Austin, Log #6, Bates No. 000015);

6. January 17, 2003 Memorandum re Recommendation for Investigation (Privilege Log of Victor A. Austin, Log #9, Bates Nos. 000028); and

7. January 13, 2003 Memorandum re Recommendation for Investigation (Privilege Log of Victor A. Austin, Log #10, Bates No. 000029 - 000030).

Defendants shall submit the above described documents under seal with the Court within five (5) days of this Order.

IT IS SO ORDERED.

Dated: __August 19, 2005__          _____/s/ Dennis L. Beck_____
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE